UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  STRUVEN, KIRK FORREST<br>STRUVEN, KARINA CATHERINE<br> Debtor(s) | CASE NO. 09-25499 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3.  Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4.  Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.


DATED:       March 4, 2011          By: /s/ Stacia L. Yoon
                                    STACIA L. YOON, TRUSTEE #16933-53
                                    Genetos Retson & Yoon LLP
                                    8585 Broadway, Suite 480
                                    Merrillville, IN 46410
                                    Telephone: (219) 755-0401
                                    bankruptcy@grymlaw.com


**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Laura R.  Rochet, lrr@geracilaw.com
Regular Mail:
STRUVEN, KIRK FORREST, 10701 GLENEAGLE PLACE, SAINT JOHN, IN 46373
STRUVEN, KARINA CATHERINE, 10701 GLENEAGLE PLACE, SAINT JOHN, IN 46373
Bowman Heintz Boscia & Vician, 8605 Broadway, Merrillville, IN 46410
Custom Coll Srvs Inc, 55 East 86th Avenue, Suite D, Merrillville, IN 46410
Franklin Debt Relief, 200 South Wacker Drive, Chicago, IL 60606
SSH Anesthesia LLC, P.O. Box 631, Lake Forest, IL 60045

| Printed: 03/03/11 08:51 AM | | | | | **Claims Distribution Small Checks** | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|

Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)

Case:  09-25499  -  STRUVEN, KIRK FORREST

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 9200831224586 | 122 | 03/03/11 | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $11.17 |
| | | 8 | 10/26/10 | 620 | Bowman Heintz Boscia & Vician<br>8605 Broadway<br>Merrillville, IN 46410 | 50.00 | 50.00 | 1.89 | 1.89 |
| | | 15 | 10/26/10 | 620 | Custom COLL SRVS INC<br>55 E 86Th Ave Ste D<br>Merrillville, IN 46410 | 85.00 | 85.00 | 3.22 | 3.22 |
| | | 17 | 10/26/10 | 620 | Franklin Debt Relief<br>200 S Wacker Dr<br>Chicago, IL 60606 | 100.00 | 100.00 | 3.79 | 3.79 |
| | | 26 | 10/26/10 | 620 | SSH Anesthesia LLC<br>PO Box 631<br>Lake Forest, IL 60045 | 60.00 | 60.00 | 2.27 | 2.27 |

(*) Denotes objection to Amount Filed