UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE:  STRUVEN, KIRK FORREST STRUVEN, KARINA CATHERINE<br>Debtor(s) | CASE NO. 09-25499 JPK |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS TO UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE:  J. Phillip Klingeberger

Comes now Stacia L. Yoon, Trustee, and applies to the Court as follows:

1.     I am the duly appointed Trustee and, as such, hold unclaimed property of this estate.

2.     Pursuant to FRBP 3010, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

| | |
|---|---|
| Advocate Christ Medical Center | $15.16 |
| Comcast | $15.42 |
| Franciscan Physicians | $12.12 |
| ICS | $49.25 |

3.     Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:        June 23, 2011                    By: /s/ Stacia L. Yoon_____
                                               STACIA L. YOON, TRUSTEE #16933-53
                                               Genetos Retson & Yoon LLP
                                               8585 Broadway, Suite 480
                                               Merrillville, IN 46410
                                               Telephone: (219) 755-0401
                                               bankruptcy@grymlaw.com

**DISTRIBUTION:**
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Stacia L. Yoon, bankruptcy@grymlaw.com
Advocate Christ Medical Center, P.O. Box 129, Lombard, IL 60148
Comcast, 13355 Noel Road, Suite 2100, Dallas, TX 75240
Franciscan Physicians, 701 Superior Avenue, Munster, IN 46321
ICS, 2207 Concord Pike, #417, Wilmington, DE 19803